UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIAM E. BROWN                                              CIVIL ACTION

Versus                                                        NO. 11-1169

JESSE L. WIMBERLY, III, ET AL.                                SECTION: "F"

ORDER AND REASONS

Before the Court are requests for oral argument on: (a) Jesse Wimberly's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) and special motion to strike, and (b) Hector Lopez's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). The requests are DENIED for the following reasons.

It is the Court's policy to grant oral argument on motions if one of the following factors is present:

1. There is a need for an evidentiary hearing.
2. The motion or opposition papers involve a novel or complex issue of law that is unsettled.
3. The motion or opposition papers argue for a change in existing law.
4. The motion or opposition papers implicate a constitutional issue.
5. The case itself is of widespread community interest.

Because no motion involves any of the above factors, IT IS ORDERED: that the requests for oral argument on the

1

defendants' motions are DENIED.

New Orleans, Louisiana, November 7, 2011.

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE